RECEIVED

2007 SEP 13 P 4:56

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PHILLIP THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:07-cv-827-MEF |
| ) | |
| MERCK & CO., INC. et al., ) | |
| ) | |
| Defendant, ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Merck & Co., Inc., Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☑ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____                    _____

_____                    _____


9/13/07
Date

BEN C. WILSON
Bar No.: asb-1649-i54b
One of the Attorneys for Defendant,
Merck & Co., Inc.

OF COUNSEL:
Robert C. "Mike" Brock
F. Chadwick Morriss
Ben C. Wilson
RUSHTON, STAKELY, JOHNSTON, & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 262-6277
rcb@rsjg.com
fcm@rsjg.com
bcw@rsjg.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have served the above and foregoing document upon all interested parties by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the __13__ th day of September 2007, as follows:

Thomas J. Knight
HUBBARD & KNIGHT
P.O. Drawer 1850
1125 Noble Street
Anniston, Alabama 36202

Steven R. Morris
P.O. Box 814
Wedowee, Alabama 36278-0814

              _____
              OF COUNSEL