IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PHILLIP THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:07-cv-827-MEF |
| ) | |
| MERCK & CO., INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #5) filed on October 16, 2007, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before October 31, 2007.  The plaintiff may file a reply brief on or before November 7, 2007.

DONE this the 17th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE